In the Matter of the Claim of RALPH O. WARNKEN, Respondent, against E. M. TOWNSEND & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence of serious facial disfigurement. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of the STATE TREASURER OF THE STATE OF NEW YORK, on Account of the Death of CARL O. LINDROS, Respondent, against DEERING, MILLIKEN & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is not supported by evidence on the finding that the death of the decedent resulted naturally and unavoidably from the accidental injury. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of CHARLES H. LA GRAVÉS, Respondent, against STANDARD OIL COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN HORRIGAN, Respondent, against JOHN HARNISH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS McCOY, Respondent, against THE NEW YORK STEAM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence of serious facial disfigurement. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JOHN MONSEN, Respondent, against KENN-WELL CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.